FILED: September 7, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-4558
(3:15-cr-00632-TLW-4)

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JAVIER TOSCANO-SERRANO

Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Columbia |
| Originating Case Number | 3:15-cr-00632-TLW-4 |
| Date notice of appeal filed in originating court: | 09/01/2016 |
| Appellant (s) | Javier Toscano-Serrano |
| Appellate Case Number | 16-4558 |
| Case Manager | Karen Stump<br>804-916-2704 |