# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 19, 2016

_____

## DOCKET CORRECTION NOTICE
_____

No. 16-4558,   <u>US v. Javier Toscano-Serrano</u>
              3:15-cr-00632-TLW-4

TO:   Ray Coit Yarborough

**TRANSCRIPT ORDER DUE:  September 22, 2016**

Please make the corrections identified below and file a corrected transcript order by the due date indicated using the **Transcript Order form** entry.

[✓] Please attach copy of CJA 24 form submitted to district judge and re-file transcript order form with attached CJA 24 form.

Karen Stump, Deputy Clerk
804-916-2704